SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 2 7 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BERNARD TERRY                                                PLAINTIFF

VS.                                               NO. 3:06cv702DPJ-JCS

SHARON BROWN                                                 DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the motion *ore tenus* of the plaintiff to dismiss the plaintiff's cause with prejudice. The Court, being advised that all parties consent to the entry of this order and agree that the plaintiff's claims should be dismissed with prejudice, finds that said motion is well taken and should be sustained.

IT IS THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED this the __27th__ day of __December__, 200_7_.

_____
UNITED STATES JUDGE

AGREED AND APPROVED:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT